# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2024 KW 0169

**MAY 13, 2024**

---

In Re:    Tony Joseph Tabor, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 476610.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                    JMG
                    WRC
                    WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT